# EXHIBIT

# B

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GWINNETT COUNTY, GEORGIA; CITY OF BROOKHAVEN, GEORGIA, and UNIFIED GOVERNMENT OF ATHENS-CLARK COUNTY, GEORGIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC., HULU, LLC, DISNEY DTC LLC, DIRECTV, LLC, DISH NETWORK CORP., and DISH NETWORK L.L.C.,<br><br>Defendants. | CIVIL NO.<br>_____ |

## CONSENT TO REMOVAL

Without waiving any of its defenses or any other rights, Defendant DISH Network L.L.C. hereby consents to removal of the above-referenced action, originally filed in the Superior Court of Gwinnett County, Georgia, to this Court.

This the 4th day of January, 2021.

*/s/ Scott E. Zweigel*
William J. Holley, II
Georgia Bar No. 362310
Scott E. Zweigel

Georgia Bar No. 786616
John H. Elliott
Georgia Bar No. 350612
303 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30308
wjh@phrd.com; sez@phrd.com;
jell@phrd.com
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

Pantelis Michalopoulos
Jared R. Butcher
*Applications for admission pro hac vice to be submitted*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
pmichalopoulos@steptoe.com
jbutcher@steptoe.com
Telephone: (202) 429-6266
Facsimile: (202) 429-3902

*Counsel for Defendants Dish Network Corp. and Dish Network L.L.C.*

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GWINNETT COUNTY, GEORGIA; CITY OF BROOKHAVEN, GEORGIA, and UNIFIED GOVERNMENT OF ATHENS-CLARK COUNTY, GEORGIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC., HULU, LLC, DISNEY DTC LLC, DIRECTV, LLC, DISH NETWORK CORP., and DISH NETWORK L.L.C.,<br><br>Defendants. | CIVIL ACTION NO.<br>_____ |

## **CONSENT TO REMOVAL**

Without waiving any of its defenses or any other rights, Defendant DISH Network Corp. hereby consents to removal of the above-referenced action, originally filed in the Superior Court of Gwinnett County, Georgia, to this Court.

This the 4th day of January, 2021.

*/s/ Scott E. Zweigel*
William J. Holley, II
Georgia Bar No. 362310
Scott E. Zweigel

Georgia Bar No. 786616
John H. Elliott
Georgia Bar No. 350612
303 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30308
wjh@phrd.com; sez@phrd.com;
jell@phrd.com
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

Pantelis Michalopoulos
Jared R. Butcher
*Applications for admission pro hac vice to be submitted*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
pmichalopoulos@steptoe.com
jbutcher@steptoe.com
Telephone: (202) 429-6266
Facsimile: (202) 429-3902

*Counsel for Defendants Dish Network Corp. and Dish Network L.L.C.*

2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GWINNETT COUNTY, GEORGIA; CITY OF BROOKHAVEN, GEORGIA, and UNIFIED GOVERNMENT OF ATHENS-CLARK COUNTY, GEORGIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC., HULU, LLC, DISNEY DTC LLC, DIRECTV, LLC, DISH NETWORK CORP., and DISH NETWORK L.L.C.,<br><br>Defendants. | CIVIL NO.<br>_____ |

## **CONSENT TO REMOVAL**

Without waiving any of its defenses or any other rights, Defendant Disney DTC LLC hereby consents to removal of the above-referenced action, originally filed in the Superior Court of Gwinnett County, Georgia, to this Court.

This the 4th day of January, 2021.

                                           */s/ Stephen T. Labriola*
                                           Stephen T. LaBriola (SBN 431026)
                                           Fellows LaBriola LLP
                                           225 Peachtree Street, NE
                                           Suite 2300 South Tower

Atlanta, Georgia 30303
(404) 586-9200
slabriola@fellab.com


*/s/ Victor Jih*
Victor Jih (*pro hac vice forthcoming*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-1650
(330) 535-5711
vjih@wsgr.com

*Attorneys for Defendant Disney DTC, LLC*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GWINNETT COUNTY, GEORGIA; CITY OF BROOKHAVEN, GEORGIA, and UNIFIED GOVERNMENT OF ATHENS-CLARK COUNTY, GEORGIA, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>NETFLIX, INC., HULU, LLC, DISNEY DTC LLC, DIRECTV, LLC, DISH NETWORK CORP., and DISH NETWORK L.L.C.,<br><br>      Defendants. | CIVIL NO.<br>_____ |

## CONSENT TO REMOVAL

Without waiving any of its defenses or any other rights, Defendant Hulu, LLC, hereby consents to removal of the above-referenced action, originally filed in the Superior Court of Gwinnett County, Georgia, to this Court.

This the 4th day of January, 2021.

                              */s/ Stephen T. LaBriola*
                              Stephen T. LaBriola (SBN 431026)
                              Fellows LaBriola LLP
                              225 Peachtree Street, NE
                              Suite 2300 South Tower

Atlanta, Georgia 30303
(404) 586-9200
slabriola@fellab.com


*/s/ Victor Jih*
Victor Jih (*pro hac vice forthcoming*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-1650
(330) 535-5711
vjih@wsgr.com

*Attorneys for Defendant Hulu, LLC*

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GWINNETT COUNTY, GEORGIA; CITY OF BROOKHAVEN, GEORGIA, and UNIFIED GOVERNMENT OF ATHENS-CLARK COUNTY, GEORGIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC., HULU, LLC, DISNEY DTC LLC, DIRECTV, LLC, DISH NETWORK CORP., and DISH NETWORK L.L.C.,<br><br>Defendants. | CIVIL NO.<br>_____ |

## CONSENT TO REMOVAL

Without waiving any of its defenses or any other rights, Defendant Netflix, Inc., hereby consents to removal of the above-referenced action, originally filed in the Superior Court of Gwinnett County, Georgia, to this Court.

This the 4th day of January, 2021.

                                       **WARGO & FRENCH, LLP**

                                       */s/ Michael S. French*
                                        Michael S. French

Georgia Bar No. 276680
mfrench@wargofrench.com
Tiffany N. Watkins
Georgia Bar No. 228805
twatkins@wargofrench.com
999 Peachtree Street, N.E., 26th Floor
Atlanta, GA 30309
(404) 853-1500 (telephone)
(404) 853-1501 (facsimile)

Jean A. Pawlow*
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-3331
Email: jean.pawlow@lw.com

Mary Rose Alexander*
Robert C. Collins III*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Email: mary.rose.alexander@lw.com
Email: robert.collins@lw.com

*ro hac vice* application to be filed

*Counsel for Defendant Netfli   nc.*